UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEI KUM CHU, SAU KING CHUNG, and QUN XIANG LING, individually and on behalf of all others similarly situated,

    Plaintiffs,

-against-

CHINESE-AMERICAN PLANNING COUNCIL HOME ATTENDANT PROGRAM, INC.,

    Defendant.

Case No.: 21-cv-2115 (AT)

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE**, that Michael Taubenfeld, attorney for the law firm Fisher Taubenfeld LLP, hereby appears in the above-captioned action on behalf of Plaintiffs and demands that all papers in this action be served upon the undersigned at the address stated below.

DATED: March 18, 2021
       New York, New York

Respectfully submitted,

_____/s/_____
Michael Taubenfeld, Esq.
FISHER TAUBENFELD LLP
225 Broadway, Suite 1700
New York, New York 10007
Tel.: (212) 571-0700
Fax: (212) 505-2001
michael@fishertaubenfeld.com