UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEI KUM CHU, SAU KING CHUNG, and QUN XIANG LING, individually and on behalf of all others similarly situated,

    Plaintiffs,

-against-

CHINESE-AMERICAN PLANNING COUNCIL HOME ATTENDANT PROGRAM, INC.,

    Defendant.

Case No.: 21-cv-2115 (AT)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the declaration of Michael Taubenfeld, Esq. and upon the annexed exhibits and accompanying memorandum of law served and filed herewith, Plaintiff will move this court before the Honorable Analisa Torres, United States District Judge, on a date and time set by this Court, for an order remanding this case to New York State Supreme Court, awarding attorneys' fees and costs, and for any other relief the Court finds just.

Dated: New York, New York
       March 18, 2021

                                  Respectfully submitted,

                    By: _____/s/_____
                                Michael Taubenfeld
                                Fisher Taubenfeld LLP
                                *Attorney for Plaintiffs*
                                225 Broadway, Suite 1700
                                New York, New York 10007
                                (212) 571-0700