**EXHIBIT 4**

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

PRESENT: **HON. CAROL R. EDMEAD**, J.S.C.           PART 35
Justice

Chu, Mei K., Sau K. Chng & Qun X Ling
-v-
Chinese-American Planning Council Home Attendant Program Inc

INDEX NO. 651947/16
MOTION DATE _____
MOTION SEQ. NO. ___

The following papers, numbered 1 to _____, were read on this motion to/for _____

| | |
|---|---|
| Notice of Motion/Order to Show Cause — Affidavits — Exhibits _____ | No(s). _____ |
| Answering Affidavits — Exhibits _____ | No(s). _____ |
| Replying Affidavits _____ | No(s). _____ |

Upon the foregoing papers, it is ordered that this motion is

Following a conference with the court, the parties apprised the court that a sister action, entitled *Chan v Chinese-American Planning Council Home Attendant Corp.*, in federal court has been compelled to arbitration and that the arbitration may resolve all of the issues in this action. Accordingly, it is

ORDERED that this action is dismissed without prejudice; and it is further

ORDERED that the action may be restored, and relate back to the initial complaint herein, following the completion of arbitration if that process does not resolve all issues in this action;

This constitutes the decision and order of the court.

Dated: 3/12/19

HON. CAROL R. EDMEAD, J.S.C.

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE
FOR THE FOLLOWING REASON(S):

1. CHECK ONE: ............................................. ☑ CASE DISPOSED        ☐ NON-FINAL DISPOSITION
2. CHECK AS APPROPRIATE: ...................MOTION IS: ☐ GRANTED  ☐ DENIED  ☐ GRANTED IN PART  ☐ OTHER
3. CHECK IF APPROPRIATE: ................................ ☐ SETTLE ORDER        ☐ SUBMIT ORDER
                                                         ☐ DO NOT POST  ☐ FIDUCIARY APPOINTMENT  ☐ REFERENCE