**EXHIBIT 6**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

MEI KUM CHU, SAU KING CHUNG, and QUN XIANG LING, individually and on behalf of all others similarly situated,

      *Plaintiffs*,

- against –

CHINESE-AMERICAN PLANNING COUNCIL HOME ATTENDANT PROGRAM, INC.,

      *Defendant*.

---

Index No. 651947/2016

**NOTICE OF APPEAL**

  **PLEASE TAKE NOTICE** that Defendant Chinese-American Planning Council Home Attendant Program, Inc. ("CPC"), by its undersigned attorneys, hereby appeals to the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, from the Decision and Order on Motion of the Supreme Court of the State of New York, County of New York, the Honorable Carol R. Edmead, J.S.C., dated February 9, 2021 ("Order"). Notice of entry was served on February 9, 2021. This appeal is taken from each and every part of the Order as well as from the whole thereof. A true and accurate copy of the Notice of Entry of dated February 9, 2021, and of the Order, is annexed hereto as Exhibit A.

Dated: New York, New York
    February 11, 2021

             Respectfully submitted,

             By: /s/ Kenneth Kirschner
               Kenneth Kirschner
               David Baron
               Hogan Lovells US LLP
               390 Madison Avenue
               New York, New York 10017
               Tel: 212-918-3260
               Fax: 212-918-3100
               *Attorneys for Defendant CPC*

TO:     Michael Taubenfeld
FISHER TAUBENFELD LLP
225 Broadway, Suite 1700
New York, New York 10007
Tel: (212) 571-0700
Fax: (212) 505-2001
michael@fishertaubenfeld.com

S. Tito Sinha
TAKEROOT JUSTICE
123 William Street, 16th Floor
New York, New York 10038
Tel: (212) 810-6744
Fax: (212) 619-0653
tsinha@takerootjustice.org

*Attorneys for Plaintiffs*

# Supreme Court of the State of New York
# Appellate Division:        Judicial Department

Informational Statement (Pursuant to 22 NYCRR 1250.3 [a]) - Civil

| Case Title: Set forth the title of the case as it appears on the summons, notice of petition or order to show cause by which the matter was or is to be commenced, or as amended. | For Court of Original Instance |
|---|---|
| Mei Kum Chu, Sau King Chung, Qun Xiang Ling,<br><br>Plaintiffs,<br>- against -<br>Chinese-American Planning Council Home Attendant Program, Inc.,<br><br>Defendant. | Date Notice of Appeal Filed |
| | For Appellate Division |

| Case Type | | Filing Type | |
|---|---|---|---|
| ■ Civil Action | ☐ CPLR article 78 Proceeding | ■ Appeal | ☐ Transferred Proceeding |
| ☐ CPLR article 75 Arbitration | ☐ Special Proceeding Other | ☐ Original Proceedings | ☐ CPLR Article 78 |
| | ☐ Habeas Corpus Proceeding | ☐ CPLR Article 78 | ☐ Executive Law § 298 |
| | | ☐ Eminent Domain | ☐ CPLR 5704 Review |
| | | ☐ Labor Law 220 or 220-b | |
| | | ☐ Public Officers Law § 36 | |
| | | ☐ Real Property Tax Law § 1278 | |

**Nature of Suit:** Check up to three of the following categories which best reflect the nature of the case.

| ☐ Administrative Review | ☐ Business Relationships | ☐ Commercial | ■ Contracts |
|---|---|---|---|
| ☐ Declaratory Judgment | ☐ Domestic Relations | ☐ Election Law | ☐ Estate Matters |
| ☐ Family Court | ☐ Mortgage Foreclosure | ☐ Miscellaneous | ☐ Prisoner Discipline & Parole |
| ☐ Real Property (other than foreclosure) | ■ Statutory | ☐ Taxation | ☐ Torts |

# Appeal

| Paper Appealed From (Check one only): | If an appeal has been taken from more than one order or judgment by the filing of this notice of appeal, please indicate the below information for each such order or judgment appealed from on a separate sheet of paper. |
|---|---|

| ☐ Amended Decree | ☐ Determination | ☐ Order | ☐ Resettled Order |
|---|---|---|---|
| ☐ Amended Judgement | ☐ Finding | ☐ Order & Judgment | ☐ Ruling |
| ☐ Amended Order | ☐ Interlocutory Decree | ☐ Partial Decree | ■ Other (specify): |
| ☐ Decision | ☐ Interlocutory Judgment | ☐ Resettled Decree | Decision & Order on Motion |
| ☐ Decree | ☐ Judgment | ☐ Resettled Judgment | |

| Court: | Supreme Court | County: | New York |
|---|---|---|---|
| Dated: | 02/09/2021 | Entered: | 02/09/2021 |
| Judge (name in full): | Hon. Carol R. Edmead | Index No.: | 653250/2017 |
| Stage: | ■ Interlocutory ☐ Final ☐ Post-Final | Trial: ☐ Yes ■ No If Yes: ☐ Jury ☐ Non-Jury | |

## Prior Unperfected Appeal and Related Case Information

Are any appeals arising in the same action or proceeding currently pending in the court?  ■ Yes ☐ No

If Yes, please set forth the Appellate Division Case Number assigned to each such appeal.
2020-04603

Where appropriate, indicate whether there is any related action or proceeding now in any court of this or any other jurisdiction, and if so, the status of the case:
There is a related action in the Southern District of New York styled Chan v. Chinese-American Planning Council Home Attendant Program, Inc., No. 15-cv-09605 (LGS).

## Original Proceeding

| Commenced by: ☐ Order to Show Cause ☐ Notice of Petition ☐ Writ of Habeas Corpus | Date Filed: |
|---|---|

Statute authorizing commencement of proceeding in the Appellate Division:

## Proceeding Transferred Pursuant to CPLR 7804(g)

| Court: | Choose Court | County: | Choose County |
|---|---|---|---|
| Judge (name in full): | | Order of Transfer Date: | |

## CPLR 5704 Review of Ex Parte Order:

| Court: | Choose Court | County: | Choose County |
|---|---|---|---|
| Judge (name in full): | | Dated: | |

## Description of Appeal, Proceeding or Application and Statement of Issues

Description: If an appeal, briefly describe the paper appealed from. If the appeal is from an order, specify the relief requested and whether the motion was granted or denied. If an original proceeding commenced in this court or transferred pursuant to CPLR 7804(g), briefly describe the object of proceeding. If an application under CPLR 5704, briefly describe the nature of the ex parte order to be reviewed.
Defendant/Appellant ("CPC") appeals a Decision and Order granting Plaintiff's application for leave to reargue, granting restoration of this action (which was previously dismissed) to active status and granting leave for Plaintiffs to amend their complaint more than four years after Plaintiffs were on notice of the deficiency in their pleading.

Informational Statement - Civil

Issues: Specify the issues proposed to be raised on the appeal, proceeding, or application for CPLR 5704 review, the grounds for reversal, or modification to be advanced and the specific relief sought on appeal.

On appeal, CPC will argue that:
1. The Supreme Court erred in restoring this case to the active calendar because the reason it was stayed (and then dismissed) is the pendency of another overlapping litigation. That litigation is still pending, meaning that CPC will be forced to defend the same claims in two fora simultaneously.
2. The Supreme Court erred in permitting Plaintiffs to amend their complaint nearly five years after the action was first filed, and more than four years after Plaintiffs were first put on notice of the defect in their complaint that they now seek to cure.

## Party Information

Instructions: Fill in the name of each party to the action or proceeding, one name per line. If this form is to be filed for an appeal, indicate the status of the party in the court of original instance and his, her, or its status in this court, if any. If this form is to be filed for a proceeding commenced in this court, fill in only the party's name and his, her, or its status in this court.

| No. | Party Name | Original Status | Appellate Division Status |
|---|---|---|---|
| 1 | Mei Chu | Plaintiff | Respondent |
| 2 | Sau Chung | Plaintiff | Respondent |
| 3 | Qun Ling | Plaintiff | Respondent |
| 4 | Chinese-American Planning Council Home Attendant Program, Inc. | Defendant | Appellant |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

Informational Statement - Civil

## Attorney Information

Instructions: Fill in the names of the attorneys or firms for the respective parties. If this form is to be filed with the notice of petition or order to show cause by which a special proceeding is to be commenced in the Appellate Division, only the name of the attorney for the petitioner need be provided. In the event that a litigant represents herself or himself, the box marked "Pro Se" must be checked and the appropriate information for that litigant must be supplied in the spaces provided.

| | | | |
|---|---|---|---|
| Attorney/Firm Name: Michael Taubenfeld / Fisher Taubenfeld LLP | | | |
| Address: 225 Broadway, Suite 1700 | | | |
| City: New York | State: NY | Zip: 10007 | Telephone No: 212-571-0700 |
| E-mail Address: michael@fishertaubenfeld.com | | | |
| Attorney Type: ■ Retained ☐ Assigned ☐ Government ☐ Pro Se ☐ Pro Hac Vice | | | |
| Party or Parties Represented (set forth party number(s) from table above): Nos. 1, 2, 3 | | | |
| Attorney/Firm Name: S. Tito Sinha / Takeroot Justice | | | |
| Address: 123 William Street, 16th Floor | | | |
| City: New York | State: NY | Zip: 10038 | Telephone No: 212-810-6744 |
| E-mail Address: tsinha@takerootjustice.org | | | |
| Attorney Type: ■ Retained ☐ Assigned ☐ Government ☐ Pro Se ☐ Pro Hac Vice | | | |
| Party or Parties Represented: Nos. 1, 2, 3 | | | |
| Attorney/Firm Name: Kenneth Kirschner / Hogan Lovells US LLP | | | |
| Address: 390 Madison Avenue | | | |
| City: New York | State: NY | Zip: 10017 | Telephone No: 212-918-3000 |
| E-mail Address: kenneth.kirschner@hoganlovells.com | | | |
| Attorney Type: ■ Retained ☐ Assigned ☐ Government ☐ Pro Se ☐ Pro Hac Vice | | | |
| Party or Parties Represented: No. 4 | | | |
| Attorney/Firm Name: David Baron / Hogan Lovells US LLP | | | |
| Address: 390 Madison Avenue | | | |
| City: New York | State: NY | Zip: 10017 | Telephone No: 212-918-3000 |
| E-mail Address: david.baron@hoganlovells.com | | | |
| Attorney Type: ■ Retained ☐ Assigned ☐ Government ☐ Pro Se ☐ Pro Hac Vice | | | |
| Party or Parties Represented: No. 4 | | | |
| Attorney/Firm Name: | | | |
| Address: | | | |
| City: | State: | Zip: | Telephone No: |
| E-mail Address: | | | |
| Attorney Type: ☐ Retained ☐ Assigned ☐ Government ☐ Pro Se ☐ Pro Hac Vice | | | |
| Party or Parties Represented: | | | |
| Attorney/Firm Name: | | | |
| Address: | | | |
| City: | State: | Zip: | Telephone No: |
| E-mail Address: | | | |
| Attorney Type: ☐ Retained ☐ Assigned ☐ Government ☐ Pro Se ☐ Pro Hac Vice | | | |
| Party or Parties Represented: | | | |

Informational Statement - Civil