# EXHIBIT F

**LEVY RATNER, P.C.**
Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, New York 10011-7175

Telephone (212) 627-8100
Telecopier (212) 627-8182

www.levyratner.com

Daniel J. Ratner
Daniel Engelstein°
Gwynne A. Wilcox△
Pamela Jeffrey
Carl J. Levine△
David Slutsky△
Allyson L. Belovin
Suzanne Hepner•
Richard Dorn
Robert H. Stroup
Dana E. Lossia△
Micah Wissinger•
Ryan J. Barbur
Alexander Rabb
Laureve D. Blackstone△

Richard A. Levy
*Special Counsel*

Kimberly A. Lehmann△
Aleksandr L. Felstiner
Jessica I. Apter△
Rebekah Cook-Mack
Courtney L. Allen

January 2, 2019

**BY ELECTRONIC MAIL**

Arbitrator Martin Scheinman
322 Main Street
Port Washington, NY 11050

Re: 1199 Home Care Industry Wage and Hour Grievance

Dear Arbitrator Scheinman:

As you know, this firm represents 1199SEIU United Healthcare Workers East ("1199" or "Union"). Throughout the home care industry, you have been designated by the parties as the named mediator and arbitrator for claims arising under the Fair Labor Standards Act, New York Home Care Worker Wage Parity Law, and/or the New York Labor Law ("Covered Statutes"). As we have written previously, there is currently uncertainty in the law with respect to the 13-hour rule, which has permitted the exclusion of sleep and meal breaks while on 24-hour shifts. Given recent legal developments, we had asked you to stay all pending cases before you until the New York Court of Appeals rules on the continued validity of the 13-hour rule.

Given the continuing judicial uncertainty, 1199 now hereby files a class action grievance on behalf of all of its home care bargaining unit members employed by various agencies concerning claims that employees were not properly paid on 24-hour cases and with respect to any other outstanding wage and hour claims arising under the Covered Statutes (see list of agencies attached hereto as Ex. A). By doing so, the Union wishes to ensure the continued preservation of its members' rights under both the applicable collective bargaining agreements and the law.

1-000-00464: 10982910

°Admitted in NY, MA and DC    △Admitted in NY and NJ    •Admitted in NY and CT    •Admitted in NY and DC

     I have copied attorneys who represent the various agencies against which this grievance is filed. In addition, 1199 will serve a copy of this letter on all of the agencies at which it represents home care workers.

Very truly yours,

Laureve Blackstone

Cc:    Douglas Klein, Esq., Jackson Lewis
        Eric Simon, Esq., Jackson Lewis
        Felice Ekelman, Esq., Jackson Lewis
        Kenneth Kirschner, Esq., Hogan Lovells
        Mark Brossman, Esq., Schulte Roth & Zabel
        Scott Gold, Esq., Schulte Roth & Zabel
        Stephen Zweig, Esq., Ford Harrison
        Phil Davidoff, Esq., Ford Harrison
        Michael McGahan, Esq., Epstein Becker Green
        Jonathan Arfa, Esq.
        Fred Braid, Esq., Holland & Knight
        Cesar Perez, Esq., Premier Home Health Care Services
        Toni Florentino, Esq., Collazo Florentino & Keil
        Gregory Begg, Esq., Peckar & Abramson
        Mark Gloade, Esq., Northwell
        Richard Reibstein, Esq., Locke Lord
        Emina Poricanin, Esq., Hodgson Russ
        Robert Wiesen, Esq., Clifton Budd DeMaria
        Michael Collins, Esq., Bond Schoeneck & King

**Exhibit A**
**List of 1199 Home Care Agencies**

Alliance Home Services
All Season Home Attendant
Bronx Jewish Community Council Home Attendant Services
Bushwick Stuyvesant Heights Home Attendants
C.I.D.N.Y. Independent Living Services
Chinese-American Planning Council
Family Home Care Services of Brooklyn and Queens
FEGS Home Care
First Chinese Presbyterian CAHA
Home Care Services for Independent Living
Home Health Management
Home Attendant Services of Hyde Park
New York Foundation
P.S.C. Community Services, Inc.
RAIN Home Attendant Services, Inc.
Richmond Home Needs
Ridgewood Bushwick – RiseBoro Homecare, Inc.
Rockaway Home Attendant
School Settlement Home Attendant Corp.
Social Concern Community Development Corp.
Saint Nicholas Human Support Corp.
Stella Orton Home Care
United Jewish Council of the East Side Home Attendant Services
ABC Health Services Registry
AccentCare
All Metro Aids, Inc d/b/a All Metro Health Care
Alliance for Health
Azor Home Care
BestCare
Best Choice
Care at Home
Cooperative Home Care Associates
Fed Cap Home Care
Isabella Visiting Care
Neighbors Home Care
Partners in Care
People Care
Personal Touch
Premier Home Health Care
Prestige Care
Priority Home Care
Region Care
Special Touch
Sunnyside Home Care Project and Sunnyside Citywide Home Care
Wartburg – No Place Like Home Care
Riverspring LHCSA
Unlimited Care, Inc.
Bronxwood Home for the Aged, Inc.
MJHS Homecare Solutions d/b/a HomeFirst LHCSA, Inc.