```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/29/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MEI KUM CHU, SAU KING CHUNG, and
QUN XIANG LING, individually and on behalf
of all others similarly situated,

                Plaintiffs,

-against-                      21 Civ. 2115 (AT)

CHINESE-AMERICAN PLANNING COUNCIL    **ORDER**
HOME ATTENDANT PROGRAM, INC.,

                Defendant.

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters at ECF Nos. 14 and 15. Accordingly:

1. Defendant's motion to dismiss is DENIED without prejudice to renewal in a motion that complies with the Court's Individual Practices in Civil Cases;
2. By **April 15, 2021**, Defendant shall file its opposition papers to Plaintiffs' motion to remand; and
3. By **April 26, 2021**, Plaintiffs shall file their reply.

The Clerk of Court is directed to terminate the motions at ECF Nos. 10, 14–15.

SO ORDERED.

Dated: March 29, 2021
       New York, New York

                                             ANALISA TORRES
                                          United States District Judge